# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BONNIE COVERDELL,<br><br>                    Plaintiff,<br><br>     v.<br><br>SARAH SCHROEDER, in her official capacity as Rental Assistance Director of the Walla Walla Housing Authority, and WALLA WALLA HOUSING AUTHORITY, a political subdivision of the State of Washington,<br><br>                    Defendants. | NO:  4:16-CV-5018-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 18).  Pursuant to parties' motion, the claims in the above-entitled matter have been fully settled and compromised and this matter may be dismissed with prejudice and without costs to any party.

Accordingly, **IT IS HEREBY ORDERED**:

   1. The above entitled matter is **DISMISSED** with prejudice and without costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

   2. All pending motions are **DENIED** as moot.

ORDER OF DISMISSAL ~ 1

3.  All hearings are **STRICKEN** from the Court's calendar.

The District Court Executive shall enter this order, provide copies to counsel, and **CLOSE** the file.

Dated March 9, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2